1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 CENTRAL DISTRICT OF CALIFORNIA

8 WESTERN DIVISION

9

10 RICARDO OSORIO GODINEZ,        )   No. CV 10-6117 FFM
                                 )
11        Plaintiff,             )
                                 )   JUDGMENT
12        v.                     )
                                 )
13 MICHAEL J. ASTRUE, Commissioner )
   of Social Security Administration, )
14                               )
          Defendant.             )
15 _____)

16        In accordance with the Order of Dismissal filed concurrently herewith,

17        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice, each

18 party to bear his own fees, costs and expenses.

19

20

21 DATED: January 27, 2011                    /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
22                                            United States Magistrate Judge

23

24

25

26

27

28